# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**A&J CAPITAL INC.,** f/k/a
**A&J CAPITAL INVESTMENT INC.,**
Appellant,

v.

**HC CBA, LLC,**
Appellee.

No. 4D2025-2534

[April 30, 2026]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. 062024CA012157AXXXCE.

Henry H. Bolz, IV, and Aaron C. Jackson of Polsinelli PC, Miami, for appellant.

Jordan Alexander Shaw, Zachary Dean Ludens, and Lauren Nicole Palen of Shaw Lewenz, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and SHEPHERD, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***